# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIMOTHY L. ELLIS & MALLISSIA J. ELLIS  Case Number: 06-71840
P.O. BOX 31  SSN-xxx-xx-8279 & xxx-xx-8817
ASHTON, IL  61006

Case filed on: 10/9/2006
Plan Confirmed on: 2/2/2007
C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $17,036.36        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 3,762.05 | 3,762.05 | 3,762.05 | 0.00 |
|  | Total Legal | 3,762.05 | 3,762.05 | 3,762.05 | 0.00 |
| 005 | ATTORNEY KELLI WALKER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | UNITED RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HARVARD COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ACCOUNT RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ACCOUNT RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | KSB HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | FIRST CREDIT INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | DENNIS A. BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TIMOTHY L. ELLIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE AUTO FINANCE | 9,229.68 | 9,229.68 | 4,348.49 | 1,262.78 |
| 002 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 10,636.51 | 4,802.97 | 4,802.97 | 785.22 |
| 003 | HOMECOMINGS FINANCIAL | 2,745.59 | 935.70 | 935.70 | 0.00 |
|  | Total Secured | 22,611.78 | 14,968.35 | 10,087.16 | 2,048.00 |
| 002 | CHRYSLER FINANCIAL SERVICES AMERICAS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK | 20,126.08 | 20,126.08 | 0.00 | 0.00 |
| 006 | AMERIPATH YOUNGSTOWN INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 673.74 | 673.74 | 0.00 | 0.00 |
| 009 | CAPITAL ONE BANK (USA) NA | 1,001.91 | 1,001.91 | 0.00 | 0.00 |
| 010 | CLEMENTE MCKAY PRO AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DR. JOSEPH AMBROSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RRCA ACCOUNTS MANAGEMENT | 584.56 | 584.56 | 0.00 | 0.00 |
| 017 | FINGERHUT CREDIT ADVANTAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HEIGHTS FINANCE | 1,564.76 | 1,564.76 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 1,173.51 | 1,173.51 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 556.60 | 556.60 | 0.00 | 0.00 |
| 024 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KSB MEDICAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MAHONING VALLEY ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MEDICAL ARTS CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NICOR GAS | 930.94 | 930.94 | 0.00 | 0.00 |
| 030 | PFOUTZ ELECTRIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCHELLE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCHELLE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD ASSOCIATES PATHOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SECURITY FINANCE | 363.13 | 363.13 | 0.00 | 0.00 |
| 035 | ST. ELIZABETH HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | SWEDISH AMERICAN HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN HOSPITAL | 302.88 | 302.88 | 0.00 | 0.00 |
| 040 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | SWEDISH AMERICAN MSO, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | AFNI/VERIZON | 342.41 | 342.41 | 0.00 | 0.00 |
| 043 | MUTUAL MANAGEMENT SERVICES | 1,164.85 | 1,164.85 | 0.00 | 0.00 |
|  | Total Unsecured | 28,785.37 | 28,785.37 | 0.00 | 0.00 |
|  | Grand Total: | 55,159.20 | 47,515.77 | 13,849.21 | 2,048.00 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $15,897.21 |
| Trustee Allowance: | $1,139.15 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2009</u>        By  <u>/s/Heather M. Fagan</u>